# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DENNIS F. DICKERSON

NO. 2022 KW 0652

**AUGUST 12, 2022**

---

In Re: Dennis F. Dickerson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 458,871.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.** The sentence reductions which relator seeks to avail himself of apply retroactively only to inmates sentenced prior to June 15, 2001. See La. R.S. 15:308(A)(1) & (2) (prior to amendment by 2014 La. Acts No. 340, § 1). Relator's habitual offender sentence was imposed in 2011. Accordingly, the district court did not err by denying the motion to correct an illegal sentence.

VGW
JMG
EW

COURT OF APPEAL, FIRST CIRCUIT

a.S~()

DEPUTY CLERK OF COURT
FOR THE COURT